**Menachem PRI–HAR, Plaintiff–Appellant,**

v.

**David M. RICHMAN, Defendant–Appellee.**

No. 00–7640.

United States Court of Appeals, Second Circuit.

Jan. 23, 2001.

Ronald C. Travis, Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt, Williamsport, PA, for appellant.

David M. Richman, New York, NY, pro se.

Present NEWMAN, LEVAL and SACK, Circuit Judges.

### SUMMARY ORDER

The judgment of the district court is hereby vacated and the matter remanded to the district court for reconsideration in light of the recent decision of the New York Court of Appeals in *Britt v. Legal Aid Soc'y, Inc.*, 95 N.Y.2d 443, 718 N.Y.S.2d 264, 741 N.E.2d 109 (2000).